UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| STATE NATIONAL INSURANCE COMPANY, ET AL. | CIVIL ACTION |
| VERSUS | NO: 07-1263 C/W 07-4230 |
| SETTOON TOWING, LLC, ET AL. | SECTION: "S" (4) |

### RULE 54(b) JUDGMENT

Considering the court's Order and Reasons entered on September 23, 2011, (Doc. #559):

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED**, that there be judgment in favor of defendant and plaintiff-in-counterclaim, Settoon Towing, LLC, and against plaintiff and defendant-in-counterclaim, State National Insurance Company, holding that State National Insurance Company cannot rely upon the exclusions in the first bumbershoot layer marine insurance policy because it did not timely issue the policy to Settoon Towing, LLC.

**IT IS FURTHER ORDERED, ADJUDGED, AND DECREED** that there by judgment in favor of plaintiffs and defendants-in-counterclaim, New York Marine and General Insurance Company and Federal Insurance Company, and third-party defendant, St. Paul Fire and Marine Insurance Company, and against defendant, plaintiff-in-counterclaim, and third-party plaintiff, Settoon Towing, LLC, holding that the second and third bumbershoot layer marine insurance policies exclude pollution coverage, and Settoon Towing, LLC did not comply with the conditions set forth in the sudden and accidental pollution buyback endorsements.

Having made an express determination that there is no just reason for delay, the court certifies this judgment as a final judgment under the provisions of Rule 54(b) of the Federal Rules of Civil Procedure.

New Orleans, Louisiana, this  7th   day of November, 2011.

**MARY ANN VIAL LEMMON
UNITED STATES DISTRICT JUDGE**